United States District Court
Southern District of Texas
**ENTERED**
January 26, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* | No. 4:10-md-02185 |
| This document relates to: | |
| *Peak6 Capital Management LLC et al. v. BP p.l.c. et al.* | No. 4:15-cv-00865 |
| *BP Litigation Recovery I, L.L.C. v. BP p.l.c. et al.* | No. 4:15-cv-01061 |
| *BPLR, L.L.C. v. BP p.l.c. et al.* | No. 4:15-cv-01059 |
| | Honorable Keith P. Ellison |
| | JURY TRIAL DEMANDED |

## STIPULATION AND ORDER

WHEREAS, on December 8, 2015, Plaintiffs filed amended complaints in each of the above-captioned actions ("First Amended Complaints");

WHEREAS, on December 15, 2015, the Court entered a Stipulation and Order ("Stipulation") submitted by the parties establishing that Defendants would have 30 days from the date on which the Court issued a decision on Defendants' motion to dismiss the First Amended Complaints (the "Motions") to answer, move to dismiss, or otherwise respond to the First Amended Complaints;

WHEREAS, on January 4, 2016, the Court issued a Memorandum and Order (the "Order") ruling on the Motions;

WHEREAS, on January 19, 2016, Plaintiffs filed Second Amended Complaints in the *BP Litigation Recovery I* and *BPLR* actions (the "Second Amended Complaints");

WHEREAS, pursuant to the Stipulation, Defendants have until February 3, 2016 to respond to the First Amended Complaint in the *Peak6* action;

WHEREAS, pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, Defendants have until February 2, 2016 to respond to the Second Amended Complaints in the *BP Litigation Recovery I* and *BPLR* actions;

WHEREAS, the parties have conferred about the schedule for Defendants to answer, move to dismiss or otherwise respond to the First and Second Amended Complaints;

THEREFORE, IT IS STIPULATED AND AGREED by and between the undersigned parties that Defendants shall have until March 4, 2016, in which to answer, move to dismiss or otherwise respond to the First and Second Amended Complaints.

Dated: January 25, 2016

STIPULATED AND AGREED:

/s/Stewart H. Thomas
Stewart H. Thomas
Attorney-in-Charge
State Bar No: 19868950
Southern District of Texas Bar No: 13108
HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Telephone: 214.922.4114
Facsimile: 214.922.4142
E-mail: sthomas@hallettperrin.com

Tom M. Dees, III
State Bar No.: 24034412
Southern District of Texas Bar No. 36606
HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Telephone: 214.922.4146
Facsimile: 214.922.4142
E-mail: tdees@hallettperrin.com

Lawrence M. Rolnick (*pro hac vice*)
Marc B. Kramer (*pro hac vice*)

*Attorneys for Plaintiffs PEAK6 Capital Management LLC, Discovery Global Citizens Master Fund, Ltd., Discovery Global Focus Master Fund, Ltd., Discovery Global Opportunity Master Fund, Ltd., BPLR, L.L.C., and BP Litigation Recovery I, L.L.C.*

Thomas E. Redburn, Jr. (*pro hac vice*)
Sheila A. Sadighi (*pro hac vice*)
Michael J. Hampson (*pro hac vice*)
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212.262.6700
Facsimile: 212.262.7402

/s/*Thomas W. Taylor*
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
ttaylor@andrewskurth.com

*Attorney-in-Charge for
Defendants*

OF COUNSEL:

Daryl A. Libow (pro hac vice)
Amanda F. Davidoff (pro hac vice)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500
libowd@sullcrom.com
davidoffa@sullcrom.com

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
peppermanr@sullcrom.com
deleeuwm@sullcrom.com

Theodore V. Wells, Jr. (pro hac vice)
Roberto Finzi (pro hac vice)
Jaren Janghorbani (pro hac vice)
Patrick J. Somers (pro hac vice)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

*Attorneys for Defendant
Douglas Suttles*

IT IS SO ORDERED.

Signed: January 26, 2016

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE